

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00807-CR

Shari **HUSTEAD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5772
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter responsible for filing the reporter's record in this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant's court-appointed counsel, Leland McRae, has failed to file a designation of record. Tex. R. App. P. 34.6(b)(1). We ORDER Mr. McRae to file written proof to this court on or before January 20, 2017 that he has filed a designation of record with the court reporter, Dandy Middleton. If Mr. McRae fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.



Keith E. Hottle
Clerk of Court